1  CHRISTOPHER J. CARR (SBN 184076)
   *ccarr@mofo.com*
2  SHAYE DIVELEY (SBN 215602)
   *sdiveley@mofo.com*
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   SCHELLINGER PROPERTIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA RIVER WATCH, et al. | Case No.   C-06-6685 CRB |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| CALIFORNIA DEPARTMENT OF FISH AND GAME, et al. | |
| Defendants. | |

Defendant SCHELLINGER PROPERTIES LLC (hereinafter "Schellinger") and Plaintiff NORTHERN CALIFORNIA RIVER WATCH, by and through their respective counsel of record, hereby stipulate that the time for Schellinger to answer or otherwise respond to the Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation in the above-referenced action is extended to January 19, 2007.

Dated: January 2, 2006          LAW OFFICE OF JACK SILVER

                                By:  */s/ Jack Silver*
                                     Jack Silver

                                Attorneys for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

**Case No. C-06-6685 CRB**
**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER, etc.**
sf-2243664

1

1  Dated: January 2, 2006                    MORRISON & FOERSTER LLP

3                                       By:  */s/ Christopher J. Carr*
                                             Christopher J. Carr

                                        Attorneys for Defendant
5                                       SCHELLINGER PROPERTIES LLC

January 3, 2007



IT IS SO ORDERED
Judge Charles R. Breyer

**Case No. C-06-6685 CRB**
**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER, etc.**
sf-2243664

2