JACK SILVER, SBN# 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: 707-528-8175
Facsimile: 707-528-8675
lhm28843@sbcglobal.net

Nancy Kay Webb, SBN 226001
Law Office of Nancy Kay Webb
126 Steiner Court
Santa Rosa, CA, 95404
Telephone: 707-486-4549
Facsimile: 707-528-8675
webbnancykay@msn.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
a non-profit Corporation; ROBERT. G. EVANS,
DOUGLAS RAND EMERY, as Individuals

BILL LOCKYER
Attorney General of the State of California
JOHN DAVIDSON
Supervising Deputy Attorney General
MICHAEL W. NEVILLE, SBN #96543
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: 415-703-5523
Facsimile: 415-703-5480

Attorneys for Defendants CALIFORNIA
FISH & GAME, , CARL WILCOX, GENE
COOLEY, ROBERT FLOERKE

CHRISTOPHER J. CARR, SBN# 184076
ccarr@mofo.com
SHAYE DIVELEY, SBN 215602
sdiveley@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorneys for Defendants
SCHELLINGER PROPERTIES LLC,
SCHELLINGER CONSTRUCTION COMPANY

Georgia A. Stearns, SBN #178156
Office of Benedict C. Di Duca
P.O. Box 1557
Chico, CA 95927
Telephone: 530-343-3454
Facsimile: 530-343-3874
gstearns@diducalaw.com

Attorneys for Defendant
COTTER HEALTH CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation; ROBERT G. EVANS, SHERRY PETERSEN, DOUGLAS RAND EMERY, as Individuals,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF FISH AND GAME, CARL WILCOX, GENE COOLEY, MATT PARLATO, ROBERT FLOERKE, SCHELLINGER PROPERTIES, LLC, SCHELLINGER CONSTRUCTION COMPANY, ARBORITA, LLC, HEATHER GLEN, LLC, CONCOURSE, LLC, MEADOW TRAIL, LLC, ORLAND FAIRVIEW, LLC, WINTER CREEK, LLC, PENBROOK, LLC, FAIRVIEW VILLAGE OF ORLAND HOMEOWNERS ASSOCIATION, COTTER HEALTH CENTERS, INC., ASSESSMENT TECHNOLOGIES USA, LC, and DOES 1-10, Inclusive,

Defendant.

**CASE NO.: C06-06685 CRB**

**JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

DATE: February 2, 2007
TIME: 8:30 a.m.
CTRM: 8
JUDGE: Hon. Charles R. Breyer

This action was filed on October 27, 2006. Initial Case Management Conference is set for February 2, 2007.

Defendants Schellinger Properties, LLC, Schellinger Construction Company have filed a Motion to Dismiss set for hearing before this Court on February 23, 2007. The parties agree to a continuance of the Case Management Conference to that date.

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants that the Case Management Conference scheduled for February 2, 2007 may be continued, court permitting, to February 23, 2007.

DATED: 1/25/07

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: Jan. 25, 2007

MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT FLOERKE

DATED: 1/25/07

CHRISTOPHER J. CARR
Attorney for Defendants
SCHELLINGER PROPERTIES LLC
SCHELLINGER CONSTRUCTION COMPANY

DATED: ______________

GEORGIA A. STEARNS
Attorney for Defendant
COTTER HEALTH CENTERS, INC.

This action was filed on October 27, 2006. Initial Case Management Conference is set for February 2, 2007.

Defendants Schellinger Properties, LLC, Schellinger Construction Company have filed a Motion to Dismiss set for hearing before this Court on February 23, 2007. The parties agree to a continuance of the Case Management Conference to that date.

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants that the Case Management Conference scheduled for February 2, 2007 may be continued, court permitting, to February 23, 2007.

DATED: ____________________

____________________
JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: ____________________

____________________
MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT FLOERKE

DATED: ____________________

____________________
CHRISTOPHER J. CARR
Attorney for Defendants
SCHELLINGER PROPERTIES LLC
SCHELLINGER CONSTRUCTION COMPANY

DATED: ____________________

G. Stearns

____________________
GEORGIA A. STEARNS
Attorney for Defendant
COTTER HEALTH CENTERS, INC.

**ORDER**

**PURSUANT TO SAID STIPULATION, IT IS SO ORDERED** that the Case Management Conference presently scheduled for February 2, 2007 be continued to ~~February 23~~ March 02, 2007 in Courtroom 8.

DATED: January 31, 2007

HON. CHARLES R. BREYER
U.S. DISTRICT JUDGE

