**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NORTHERN CALIFORNIA RIVER              No. C 06-06685 CRB
     WATCH, et al.,
12                                          **ORDER**
                   Plaintiff,
13
14        v.

15   CALIFORNIA DEPARTMENT OF FISH &
     GAME, et al.,
16
                   Defendants.
                                                        /
17

18        Now pending before the Court is plaintiffs' motion to shorten time to hear their

19   motion to continue defendants' summary judgment motion.  Plaintiffs contend that they need

20   a continuance to conduct discovery before they can respond to defendants' summary

21   judgment motion.

22        Plaintiffs' ex parte motion is DENIED.  First, plaintiffs did not comply with Civil

23   Local Rule 6-3.  Second, plaintiffs' motion to continue does not establish that a continuance

24   pursuant to Federal Rule of 56(f) is warranted.  While they generally identify the subject

25   matter of the discovery they would like to take, they do not explain how such discovery

26   directly responds to the grounds upon which defendants' motion is based.  See Garrett v. City

27   and County of San Francisco, 818 F.2d 1515, 1518 (9th Cir.1987) (In making a Rule 56(f)

28   motion, a party opposing summary judgment "must make clear what information is sought

1    and how it would preclude summary judgment.").  Accordingly, plaintiffs' motion for an

2    order shortening time is DENIED without prejudice.

3    **IT IS SO ORDERED.**

4
Dated: April 17, 2007

5    _____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\6685\orderreshortentime.wpd 2