Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Nancy Kay Webb SBN 226001
Law Office of Nancy Kay Webb
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax: (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH,
a non-profit Corporation, ROBERT G. EVANS
and DOUGLAS RAND EMERY, Individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation; ROBERT G. EVANS and DOUGLAS RAND EMERY, Individuals<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH AND GAME, CARL WILCOX, GENE COOLEY, WILLIAM R. SCHELLINGER and FRANK H. SCHELLINGER, Individually and dba SCHELLINGER BROTHERS, A Partnership, COTTER HEALTH CENTERS, INC., and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C06-06685 CRB<br><br>STIPULATION OF DISMISSAL OF COTTER HEALTH CENTERS, INC. AS A PARTY DEFENDANT WITHOUT PREJUDICE; ORDER THEREON<br><br>[FRCP § 41(a)(1)] |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiffs NORTHERN CALIFORNIA RIVER WATCH a non-profit Corporation, ROBERT G. EVANS and DOUGLAS RAND EMERY, Individuals, and defendant COTTER HEALTH CENTERS, INC. through their designated counsel of record, that defendant COTTER HEALTH CENTERS, INC. be and hereby is dismissed as a party defendant to the above-entitled action without prejudice. Each party agrees to bear its own costs of suit.

C06-06685 CRB
Stipulation of Dismissal of Cotter Health Centers, Inc.; Order Thereon                                    1

| | | |
|---|---|---|
| 1 | Dated: 4/23/07 | LAW OFFICE OF JACK SILVER |
| 2 | | |
| 3 | | *(signature)* |
| 4 | | JACK SILVER<br>Attorney for Plaintiffs |
| 5 | | NORTHERN CALIFORNIA RIVER WATCH<br>ROBERT G. EVANS, DOUGLAS RAND EMERY |

Dated: 4/2../07

OFFICES OF BENEDICT C. DI DUCA

G. Stearns *(digitally signed by G. Stearns, DN: cn=G. Stearns, o=Law Offices of Benedict C. Di Duca, ou, email=gstearns1158@aol.com, c=US, Date: 2007.04.23 11:13:28 -08'00')*

GEORGIA A. STEARNS
Attorney for Defendant
COTTER HEALTH CENTERS, INC.

### ORDER

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: April 24, 2007

_____
HONORABLE CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" Judge Charles R. Breyer)*

C06-06685 CRB
Stipulation of Dismissal of Cotter Health Centers, Inc.; Order Thereon

2