Jack Silver, SBN 160575
Law Office of Jack Silver
Nancy Kay Webb, SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
E-Mail: lhm28843@sbcglobal.net
        nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com
        djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail: paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY

CHRISTOPHER J. CARR SBN 184076
SHAYE DIVELEY SBN 215602
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105-2482
Tel. (415) 268-7000
Fax. (415) 268-7522
E-mail: Ccarr@mofo.com
        Sdiveley@mofo.com

Attorneys for Defendants
WILLIAM R. SCHELLINGER and FRANK H.

C06-06685 CRB
Stipulated Request For Order Enlarging Time [Proposed] Order

1

SCHELLINGER, Individually and dba
SCHELLINGER BROTHERS, a Partnership

MICHAEL W. NEVILLE SBN 96543
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Tel. (415) 703-5523
Fax. (415) 703-5480
E-mail:   Michael.Neville@doj.ca.gov

Attorney for State Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, ET AL<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH & GAME, ET AL<br>_____/ | CASE NO.: C06-06685 CRB<br><br>STIPULATED REQUEST FOR ORDER ENLARGING TIME; [PROPOSED] ORDER<br><br>[LR 6.2(a)] |

    This action was filed on October 27, 2006.  The Initial Case Management Conference was held on March 2, 2007 at which time the Court ordered the following case management schedule:

| | |
|---|---|
| September 7, 2007 - | Last day to file cross motions for Summary Judgment |
| September 21, 2007 - | Last day to file opposition to Summary Judgment |
| September 28, 2007 - | Last day to file reply briefs for Summary Judgment |
| October 12, 2007 - | Oral argument - Cross motions for Summary Judgment |
| November 27, 2007 - | Pre-Trial Conference |
| December 3, 2007 - | Trial |

    As discussed in the attached Declaration of Nancy Kay Webb, due to the death of defendant Schellingers' wetlands biologist Marco Waaland, pursuant to Local Civil Rule 6-2, plaintiffs now

request a ninety (90) day enlargement of time, and defendants do not oppose such request. The parties propose the following schedule to the Court including all other discovery cut-off dates:

| Date | Event |
|---|---|
| October 27, 2007 | End of non-expert discovery, expert disclosure and report exchange |
| November 9, 2007 | Expert rebuttal disclosure and reports exchanged |
| November 23, 2007 | Last day Expert Discovery |
| December 7, 2007 | Last day to file cross motions for Summary Judgment |
| December 21, 2007 | Last day to file opposition to Summary Judgment |
| December 28, 2007 | Last day to file reply brief for Summary Judgment |
| January 11, 2008 | Oral Argument - Cross motions for Summary Judgment |
| February 26, 2008 | Pretrial Conference |
| March 3, 2008 | Trial |

DATED: 6/16/07

_____
JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: _____

_____
MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE

DATED: _____

_____
CHRISTOPHER J. CARR
Attorney for Defendants
WILLIAM R. SCHELLINGER, FRANK H. SCHELLINGER, SCHELLINGER BROTHERS

request a ninety (90) day enlargement of time, and defendants do not oppose such request. The parties propose the following schedule to the Court including all other discovery cut-off dates:

| Date | Event |
|---|---|
| October 27, 2007 | End of non-expert discovery, expert disclosure and report exchange |
| November 9, 2007 | Expert rebuttal disclosure and reports exchanged |
| November 23, 2007 | Last day Expert Discovery |
| December 7, 2007 | Last day to file cross motions for Summary Judgment |
| December 21, 2007 | Last day to file opposition to Summary Judgment |
| December 28, 2007 | Last day to file reply brief for Summary Judgment |
| January 11, 2008 | Oral Argument - Cross motions for Summary Judgment |
| February 26, 2008 | Pretrial Conference |
| March 3, 2008 | Trial |

DATED: _____

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: 6-18-07

MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE

DATED: _____

CHRISTOPHER J. CARR
Attorney for Defendants
WILLIAM R. SCHELLINGER, FRANK H. SCHELLINGER, SCHELLINGER BROTHERS

request a ninety (90) day enlargement of time, and defendants do not oppose such request. The parties propose the following schedule to the Court including all other discovery cut-off dates:

| Date | Event |
|---|---|
| October 27, 2007 | End of non-expert discovery, expert disclosure and report exchange |
| November 9, 2007 | Expert rebuttal disclosure and reports exchanged |
| November 23, 2007 | Last day Expert Discovery |
| December 7, 2007 | Last day to file cross motions for Summary Judgment |
| December 21, 2007 | Last day to file opposition to Summary Judgment |
| December 28, 2007 | Last day to file reply brief for Summary Judgment |
| January 11, 2008 | Oral Argument - Cross motions for Summary Judgment |
| February 26, 2008 | Pretrial Conference |
| March 3, 2008 | Trial |

DATED: _____

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: _____

MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE

DATED: 6/18/07

CHRISTOPHER J. CARR
Attorney for Defendants
WILLIAM R. SCHELLINGER, FRANK H. SCHELLINGER, SCHELLINGER BROTHERS

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that for good cause shown the case management schedule in this case shall be modified as stipulated to by the parties.

DATED: June 19, 2007



HON. CHARLES R. BREYER
JUDGE, U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer