Jack Silver,  SBN 160575
Law Office of Jack Silver
Nancy Kay Webb,  SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707)  528-8675
E-Mail:  lhm28843@sbcglobal.net
          nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail:  mrlozeau@lozeaulaw.com
         djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail:  paulsilverlaw@yahoo.com

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT. G. EVANS, DOUGLAS RAND EMERY as individuals, | CASE NO.: C06-06685 CRB |
| Plaintiffs, | STIPULATION RE FILING SECOND AMENDED COMPLAINT; [PROPOSED] ORDER |
| v. | |
| CALIFORNIA DEPARTMENT OF FISH AND GAME, ET AL, | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that Plaintiffs be allowed to file the Second Amended Complaint for Injunctive Relief, Civil Penalties, Restitution and Remediation, a copy of which is attached hereto as Exhibit "A".   By stipulating to the filing of the Second Amended Complaint, Defendants are not approving or admitting the allegations or contents of the Second Amended Complaint, or waiving any defenses thereto.

IT IS FURTHER STIPULATED and agreed to by and between the parties to this action, that Defendants will have twenty (20) days from the date of service of the Second Amended Complaint within which to plead in response to the Second Amended Complaint.

DATED: 9/20/07

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: Sept 7, 2007

MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT W.
FLOERKE

DATED: 9/20/07

CHRISTOPHER J. CARR
Attorney for Defendants
WILLIAM R. SCHELLINGER, FRANK H.
SCHELLINGER, SCHELLINGER BROTHERS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 09/21/07

HON. CHARLES R. BREYER
U.S. DISTRICT COURT

*Judge Charles R. Breyer*

C06-06685 CRB
STIPULATION RE FILING SECOND

2