1   Jack Silver, SBN 160575
   Law Office of Jack Silver
2   Nancy Kay Webb, SBN 226001
   Post Office Box 5469
3   Santa Rosa, California 95402-5469
   Telephone: (707) 528-8175
4   Facsimile: (707) 528-8675
   E-Mail: lhm28843@sbcglobal.net
5         nkwebb@mcn.org

6   Michael R. Lozeau SBN 142893
   Douglas J. Chermak SBN 233382
7   Law Office of Michael R. Lozeau
   1516 Oak Street, Suite 216
8   Alameda, CA 94501
   Tel. (510) 749-9102
9   Fax. (510) 749-9103
   E-mail: mrlozeau@lozeaulaw.com
10        djchermack@lozeaulaw.com

11   Paul S. Silver SBN 78150
   Law Office of Paul S. Silver, APC
12   815 5th Street, Suite 200
   Santa Rosa, CA 95404
13   Tel. (707) 527-8811
   Fax. (707) 527-5443
14   E-mail: paulsilverlaw@yahoo.com

15   Attorneys for Plaintiffs
   NORTHERN CALIFORNIA RIVER WATCH,
16   a non-profit Corporation, ROBERT G. EVANS
   and DOUGLAS RAND EMERY, Individuals

17

18   UNITED STATES DISTRICT COURT

19   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20   NORTHERN CALIFORNIA RIVER WATCH a non-profit Corporation; ROBERT G. EVANS | **CASE NO.: C06-06685 CRB** |
| 21   and DOUGLAS RAND EMERY, Individuals, | ~~[PROPOSED]~~ **ORDER STAYING DEPOSITION** |
| 22          Plaintiffs, | |
| 23    v. | Date:   November 16, 2007 |
| 24   CALIFORNIA DEPARTMENT OF FISH AND GAME; ET AL, | Time:   10:00 a.m.<br>Ctrm:   8 |
| 25          Defendants. | Judge:   Hon. Charles R. Breyer |

26

27      The court, having read and considered the motion of plaintiffs for an order staying the

28   deposition on oral examination and subpoena for records of plaintiffs' attorney, Paul S. Silver until the

1  hearing of plaintiffs' motion for a protective order regarding said deposition, and

2        GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the deposition of

3  Paul S. Silver in the above matter set for October 23, 2007 is stayed pending further order of this

4  court.

5  Date: _October 15, 2007 ___



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28