1  LAW OFFICE OF ROSE M. ZOIA
   50 Old Courthouse Square, Suite 600
2  Santa Rosa, CA 95404
   Tel.: 707-526-5894
3  Fax.: 707-526-5895

4  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH a non-profit Corporation; ROBERT G. EVANS and DOUGLAS RAND EMERY, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH AND GAME; ET AL,<br><br>Defendants. | CASE NO.: C06-06685 CRB<br><br>[~~PROPOSED~~] ORDER STAYING DEPOSITIONS AND PRODUCTION OF RECORDS<br><br>Date: November 28, 2007<br>Time: ~~10:00 a.m.~~ 1:30 p.m.<br>Ctrm: 8  Wayne D. Brazil<br>Judge: Hon. ~~Charles R. Breyer~~ |

The court, having read and considered the motion of ERIC JOHNSON and LAGUNA PRESERVATION COUNCIL for an order staying the deposition on oral examination and subpoena for records of ERIC JOHNSON until the hearing of ERIC JOHNSON's motion for a protective order regarding said deposition, and the motion of the LAGUNA PRESERVATION COUNCIL for an order staying the production of records until the hearing of its motion for a protective order, and

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the deposition on oral examination of ERIC JOHNSON and production of records, and the production of records of the LAGUNA PRESERVATION COUNCIL in the above matter, both set for October 23, 2007, are stayed pending further order of this court.

Date: October 22, 2007    _/s/ Wayne D. Brazil_

C06-06685 CRB - Eric Johnson's [Proposed] Order Staying Deposition                              - 1