Jack Silver, SBN 160575
Law Office of Jack Silver
Nancy Kay Webb, SBN 226001
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675
E-Mail: lhm28843@sbcglobal.net
         nkwebb@mcn.org

Michael R. Lozeau SBN 142893
Douglas J. Chermak SBN 233382
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com
         djchermack@lozeaulaw.com

Paul S. Silver SBN 78150
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443
E-mail: paulsilverlaw@yahoo.com
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation; ROBERT G. EVANS and DOUGLAS RAND EMERY, Individuals<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH AND GAME, CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE, ET AL,<br>Defendants. | CASE NO. C06-06685 CRB<br><br>**STIPULATION OF DISMISSAL OF CALIFORNIA DEPARTMENT OF FISH AND GAME AS PARTY DEFENDANT; ORDER THEREON**<br><br>[FRCP § 41(a)(1)(A)(ii)] |

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel of record, that defendant CALIFORNIA DEPARTMENT OF FISH AND GAME be dismissed as a party defendant to the above-entitled action.

In addition to stipulating to the above, I, Jack Silver, attest that concurrence in the filing of this Stipulation of Dismissal has been obtained from the other signatories to this document.

DATED: January 17, 2008

JACK SILVER
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT G. EVANS, DOUGLAS RAND EMERY

DATED: January 17, 2008

MICHAEL W. NEVILLE
Attorney for Defendants
CALIFORNIA DEPARTMENT OF FISH & GAME,
CARL WILCOX, GENE COOLEY, ROBERT W. FLOERKE

DATED: January 17, 2008

CHRISTOPHER J. CARR
Attorney for Defendants
WILLIAM R. AND FRANK H. SCHELLINGER
dba SCHELLINGER BROTHERS

## ORDER

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: January 18, 2008

HONORABLE CHARLES R. BREYER
U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer