JACK SILVER, SBN 160575
*Email: lhm28843@sbcglobal.net*
NANCY KAY WEBB, SBN 226001
*Email: nkwebb@mcn.org*
LAW OFFICE OF JACK SILVER
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile: (707) 528-8675

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY


CHRISTOPHER J. CARR, SBN 184076
*Email: CCarr@mofo.com*
SHAYE DIVELEY, SBN 215602
*Email: SDiveley@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
WILLIAM R. AND FRANK H. SCHELLINGER dba as
SCHELLINGER BROTHERS

*(See list of additional counsel on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation; ROBERT G. EVANS, DOUGLAS RAND EMERY, as Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CARL WILCOX, GENE COOLEY, ROBERT FLOERKE, WILLIAM R. SCHELLINGER, FRANK H. SCHELLINGER, Individually and dba SCHELLINGER BROTHERS, a Partnership, SCOTT SCHELLINGER, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.    C 06-6685-CRB<br><br>**STIPULATED REQUEST FOR AN ORDER ENLARGING TIME; ~~[PROPOSED]~~ ORDER**<br><br>**[LOCAL RULE 6-2]**<br><br><br>Ctrm:   8, 19th Floor<br>Judge:    The Hon. Charles R. Breyer |

*(List of additional counsel –*
*continued from page 1)*

MICHAEL R. LOZEAU, SBN 142893
*E-mail: mrlozeau@lozeaulaw.com*
DOUGLAS J. CHERMAK, SBN 233382
*E-mail: djchermack@lozeaulaw.com*
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel. (510) 749-9102
Fax. (510) 749-9103

PAUL S. SILVER, SBN 78150
*E-mail: paulsilverlaw@yahoo.com*
Law Office of Paul S. Silver, APC
815 5th Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 527-8811
Fax. (707) 527-5443

Attorneys for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH,
ROBERT. G. EVANS, DOUGLAS RAND EMERY


EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
JOHN DAVIDSON
Supervising Deputy Attorney General
MICHAEL W. NEVILLE, SBN 96543
Deputy Attorney General
*Email: Michael.Neville@doj.ca.gov*
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5523
Fax: (415) 703-5480

Attorneys for Defendants
CARL WILCOX, GENE COOLEY and ROBERT FLOERKE

1    This action was filed on October 27, 2006.  At the first case management conference, held

2    on March 2, 2007, the Court ordered the following case management schedule:

3           September 7, 2007:    Last day to file cross motions for summary judgment

4           September 21, 2007:  Last day to file opposition to summary judgment

5           September 28, 2007:  Last day to file reply briefs for summary judgment

6           October 12, 2007:      Oral argument for summary judgment

7           November 27, 2007:   Pre-Trial Conference

8           December 3, 2007:     Trial

9           By stipulated request on June 18, 2007, the Parties requested the adoption of the following

10    schedule:

11           October 27, 2007:      Close of non-expert discovery; exchange of export reports

12           November 9, 2007:     Exchange of expert rebuttal reports

13           November 23, 2007:   Close of expert discovery

14           December 7, 2007:     Last day to file cross motions for summary judgment

15           December 21, 2007:   Last day to file opposition to summary judgment

16           December 28, 2007:   Last day to file reply briefs for summary judgment

17           January 11, 2008:      Oral argument for summary judgment

18           February 26, 2008:     Pre-Trial Conference

19           March 3, 2008:          Trial

20    This schedule was adopted by the Court on June 29, 2007.

21           On November 16, 2007, the Court entered an order resetting some litigation deadlines.

22    The following schedule was adopted:

23           December 7, 2007:     Expert Discovery due

24           January 4, 2008:        Last day to file cross motions for summary judgment

25           January 18, 2008:      Last day to file opposition to summary judgment

26           January 25, 2008:      Last day to file reply briefs for summary judgment

27           February 8, 2008:      Oral argument for summary judgment

28

1    On January 31, 2008, the Court entered an order resetting the hearing on the cross-

2  motions for summary judgment to February 15, 2008.

3    There are several pretrial requirements that must be completed in the weeks before the

4  current March 3, 2008, trial date.  As the Court's decision on the cross-motions for summary

5  judgment is likely to affect the issues, if any, to remain for trial, there is good cause to modify the

6  trial schedule in light of the change in the summary judgment hearing.  Accordingly, the parties

7  propose the following schedule:

8      April 22, 2008:      Pre-Trial Conference

9      April 28, 2008:      Trial

10

11  Dated: February 1, 2008            JACK SILVER

12                                     By:   */s/ Jack Silver*
                                            Jack Silver

13

14                                     Attorney for Plaintiffs
                                       NORTHERN CALIFORNIA RIVER
                                       WATCH, ROBERT G. EVANS,
15                                     DOUGLAS RAND EMERY

16  Dated: February 1, 2008            CHRISTOPHER J. CARR
                                       SHAYE DIVELEY
17                                     MORRISON & FOERSTER LLP

18

19                                     By:   */s/ Christopher J. Carr*
                                            Christopher J. Carr

20                                     Attorneys for Defendants
                                       SCHELLINGER BROTHERS
21

22  Dated: February 1, 2008            MICHAEL W. NEVILLE

23                                     By:   */s/ Michael W. Neville*
                                            Michael W. Neville
24

25                                     Attorneys for Defendants
                                       CARL WILCOX, GENE COOLEY,
26                                     ROBERT FLOERKE

27

28

1          **[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS ORDERED that for good cause shown the case

3    management schedule in this case shall be modified as stipulated to by the parties.

4
     Dated: __February 11, 2008_____
5

6

7                                                      By: _____
                                                          Honorable Charles R. Breyer
8                                                         U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

