United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FISH & GAME, et al.,<br><br>Defendants. | No. C 06-06685 CRB<br><br>**JUDGMENT** |

The Court having dismissed plaintiffs' Tiger Salamander claims, and having granted defendants' motions for summary judgment on the remaining claims, judgment is entered in favor of defendants and against plaintiffs.

**IT IS SO ORDERED.**

Dated: March 7, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6685\judgment.wpd